JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ROSS., <br><br> Plaintiff, <br><br> vs. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, <br><br> Defendant. | Case No.: CV 14-732- PA (Ex) <br><br> **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 14-732 PA (Ex) is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: September 23, 2014     BY: _____
                                  Honorable Percy Anderson
                                  United States District Court Judge

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE